UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRADLEY MERRITT | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| SOUTHERN TOWING COMPANY | * | JUDGE |
| | * | |
| | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

1.

The Complaint for Damages of BRADLEY MERRITT, a person of majority age with respect represents:

2.

Made Defendant herein is SOUTHERN TOWING COMPANY, a company qualified to do and doing business in the State and judicial district at all times.

3.

On or about January 10, 2015, Defendant, SOUTHERN TOWING COMPANY, owned, operated, and controlled a towing vessel, and Defendant, SOUTHERN TOWING COMPANY, employed Plaintiff, BRADLEY MERRITT, as a deckhand on said vessel, for which he earned average annual earnings of approximately $56,056, plus found and fringe benefits.

4.

On or about January 10, 2015 , while the towing vessel was in navigable waters, Plaintiff sustained severe, painful, and disabling injuries to his neck, left elbow, right arm, left arm, and

other parts of his body as a result of the negligence of Defendant, SOUTHERN TOWING COMPANY, and the unseaworthiness of the towing vessel. Plaintiff was injured when a mate ordered him to jump across a gap from one barge to another. When he landed on the second barge, he slipped and fell on ice.

5.

By reason of the foregoing, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical scarring and disability and loss of wage earning capacity for which Plaintiff seeks and is entitled to recover from Defendant, compensatory damages in an amount of reasonable under the circumstances of this cause, plus found and fringe benefits.

6.

Plaintiff brings this cause of action against the aforesaid Defendant pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

**WHEREFORE**, Plaintiff, BRADLEY MERRITT, prays for judgment in his favor and against Defendant, SOUTHERN TOWING COMPANY, for compensatory damages in an amount reasonable under the circumstances of this case, for all taxable costs and interest as allowed by law, and for any additional general and equitable relief to which Plaintiff may be entitled in this cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
BETH E. ABRAMSON (#27350)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
TEL: 504-588-1500
FAX: 504-588-1514
Sterbcow@lksalaw.com
babramson@lksalaw.com

OF COUNSEL:
Matthew D. Shaffer, Esq.
Texas Bar #18085600
Schechter, McElwee, Shaffer, & Harris, L.L.P.
3200 Travis, 3rd Floor
Houston, Texas  77006-3636
TEL: (713) 524-3500
FAX: (713) 751-0412
mshaffer@smslegal.com


**PLEASE SERVE:**

**SOUTHERN TOWING COMPANY**
Through the Louisiana Secretary of State
P.O. Box 94125
Baton Rouge, Louisiana 70804-9125

Defendant, Southern Towing Company's, Address:
1874 Thomas Road
Memphis, Tennessee 38134